IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, et al., | NO. C 06-00401 JW |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING ON ORDER TO SHOW CAUSE; ORDERING DEFENDANT TO COMPLY WITH SUMMONS** |
| Lighthouse Capital Corp., | |
| Defendant. | |

On February 27, 2006, the Court held a hearing on the Order to Show Cause re: Enforcement of Internal Revenue Service Summons ("OSC"). At the hearing, the Court indicated that it would conduct further proceedings on the OSC if the Defendant wished to file any objections. Defendant has not filed objections, nor otherwise shown that further proceedings on the OSC are necessary. The Court will not hold further proceedings on the OSC.

Accordingly, as the Court stated in open court at the hearing, under penalty of contempt, Robert Zamecki, president of Lighthouse Capital Corporation shall appear at the Santa Cruz office of the IRS on May 8, 2006 at 10:00 a.m. and comply with the June 30, 2005 summons.

Dated: April ___, 2006

06cv401summons

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cynthia Lewis Stier cynthia.stier@usdoj.gov

Robert J. Zamecki
Lighthouse Capital Corp.
659 Abrego St., Suite 6
Monterey, CA 93940

**Dated: April \_\_\_, 2006**                                              **Richard W. Wieking, Clerk**

                                                                          **By:**_____
                                                                                  **Melissa Peralta**
                                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California