**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>JOE SMITH, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>LIGHTHOUSE CAPITAL CORPORATION,<br><br>    Respondent. | No. C-06-0401-JW<br><br>[PROPOSED] ORDER TO SHOW<br>CAUSE RE: CONTEMPT |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, and the Declaration of Revenue Officer Joe Smith, it is hereby

**ORDERED** that Robert Zamecki appear in person before this Court on the __11th__ day of __September__, 2006, at __9:00__ a.m., in Courtroom No. __8__, __4th__ Floor, United States Courthouse, 280 South First Street, San Jose, California, and then and there show cause, if any he has, why he should not be held in contempt for his failure to comply with the Order Vacating Hearing on Order to Show Cause Ordering Defendant to Comply With Summons filed April 19, 2006; and it is further

**ORDERED** that a certified copy of this Order to Show Cause Re: Contempt be served upon said respondent in accordance with Rule 4(c)(2)(c) of the Federal Rules of Civil Procedures at least thirty-five (35) days before the return date of this Order above specified; and it is further

**ORDERED** that within twenty-eight (28) days before the return date of this Order, the respondent may file and serve a written response to the Order To Show Cause Re: Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection 1746, as well as any motions he desires to make; that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings

1  and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.
2  **ORDERED** this 4th day August, 2006, at San Jose,
3  California.

JAMES WARE
United States District Judge

Order to Show Cause Re: Contempt,
Case No. C-06-0401-JW