1

2

**IN THE UNITED STATES DISTRICT COURT FOR THE**

3

**NORTHERN DISTRICT OF CALIFORNIA**

4

**SAN JOSE DIVISION**

5

| | |
|---|---|
| UNITED STATES OF AMERICA and ) | |
| JOE SMITH, Revenue Officer, ) | No. C-06-0401-JW |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | |
| ) | **APPLICATION AND** |
| LIGHTHOUSE CAPITAL CORPORATION, ) | ~~[PROPOSED]~~ **ORDER** |
| ) | **OF DISMISSAL** |
| Respondent. ) | |
| ) | |

6

7

8

9

10

        Petitioners, United States of America and Joe Smith, Revenue Officer, hereby advise the

11

Court that respondent, Lighthouse Capital Corporation through its President Robert Zamecki,

12

has complied with the Internal Revenue Service summons and request that this action be

13

dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

14

15

16

                                                  KEVIN V. RYAN
                                                  United States Attorney

17

                                                      /s/
Dated:  09/01/06

18
                                                  _____
                                                  CYNTHIA STIER
19                                                Assistant United States Attorney
                                                  Chief, Tax Division

20

21

                                **ORDER**

22

        Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of

23

Civil Procedure, this action is hereby dismissed.

24

25

        **ORDERED** this __5th__ day of ___September_____, 2006, at San Jose,

26

California.

27

28
                                                  _____
                                                  JAMES WARE
                                                  United States District Judge